5:19 MJ 1278

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Bryan J. Allen, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Canton Police Officer for approximately twenty three years, and am currently assigned to the Cleveland Division, Canton Resident Agency's Child Exploitation Task Force. While employed by the Canton Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2. This affidavit is offered in support of an application by the United States of America for a search warrant for Oath Holdings Inc. (formerly known as Yahoo!) for information that is stored at a premises owned, maintained, controlled, and/or operated by Oath Holdings Inc., headquartered at 701 First Avenue, Sunnyvale, CA 94089, hereinafter referred to as "premises," and further described in Attachment A. Specifically, I seek information and contents associated with the Yahoo account(s) as described in Attachment B, paragraph II: Yahoo account(s) associated with the following user:

    Name: Tim Riley aka Timothy Riley
    Screen/User Name: BKIQ4XV72RGXN7GJONFDE7GEWA-yahoo
    Screen/User Name: NPLLGT7TYKBZ4NIVUOT7RT6TGM-yahoo
    Email Addresses: rtim91@yahoo.com
    Phone Number: 3302247627

    for items which constitute evidence, fruits, and instrumentalities of violations of federal criminal law, namely, 18 U.S.C. §§ 2252(a)(4)(B) and 2252A(a)(5)(B), which make it a

1

crime to possess child pornography,[1] violations of 18 U.S.C. §§ 2252(a)(2) and 2252A(a)(2), which makes it a crime to receive or distribute child pornography in interstate commerce by computer, and violations of 18 U.S.C. §§ 2252(a)(1), which make it a crime to transport child pornography in interstate or foreign commerce (collectively, the "Specified Federal Offenses").

3. This affidavit is based upon information I have gained through training, experience, as well as upon information related to me by other individuals, including law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence relating to violations of the Specified Federal Offenses is located at the premises described in Attachment A.

## RELEVANT STATUTES

4. This investigation concerns alleged violations of Title 18, United States Code, §§ 2252 and 2252A, relating to material involving the sexual exploitation of minors.

    a. Title 18, United States Code, Section 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of a minor engaging in sexually explicit conduct when such visual depiction was either mailed or, using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or when such child

---

[1] "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8)(A), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. See 18 U.S.C. §§ 2252 and 2256(2).

2

pornography was produced using materials that had traveled in interstate or foreign commerce.

b. Title 18, United States Code, Section 2252A(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or, using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

## **DEFINITIONS**

5. The following definitions apply to this affidavit and to Attachment B of this affidavit:

   a. "Child Erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

   b. "Child Pornography," as used herein, includes the definition in Title 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct (see Title 18 U.S.C. §§ 2252 and 2256(2).

    c. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See Title 18 U.S.C. § 2256(5).

## PROBABLE CAUSE STATEMENT

6. Between May 30, 2019 and June 4, 2019, the National Center For Missing and Exploited Children (NCMEC) received CyberTip Reports (#50003116, 50125371, 50125056, 50003222) from the Electronic Service Provider Oath Holdings Inc., (formerly known as Yahoo!) regarding the possible possession, manufacture, and/or distribution of child pornography by one of its registered users, "Tim Riley" aka "Timothy Riley" (hereafter "Tim Riley"). Oath Holdings Inc (formerly known as Yahoo!) became aware that "Tim Riley" may have uploaded or possessed files containing child pornography in his Yahoo account.

7. Oath Holdings Inc. (formerly known as Yahoo!) reported the registered user's account information as follows: Email address: rtim91@yahoo.com, Screen/User: BKIQ4XV72RGXN7GJONFDE7GEWA -yahoo, Screen/User: NPLLGT7TYKBZ4NIVUOT7RT6TGM-yahoo, phone number: 3302247627, Name: Tim Riley and Timothy Riley. The email address, phone number and name are provided by the user when they sign up for an account. The screen/username is a unique number that Yahoo assigns specifically to that user's account. In addition to the user account information, Oath Holdings Inc. (formerly known as Yahoo!) provided NCMEC with 281 image files that "Tim Riley" had uploaded and/or sent from his account.

8. An analyst at NCMEC reviewed the files provided by Oath Holdings Inc. (formerly known as Yahoo!) and determined, via a hash value match, that some of them depicted suspected child pornography.

9. On July 29, 2019, a preservation request was sent to Oath Holdings Inc. (formerly known as Yahoo!) to preserve for 90 days all subscriber information and/or account contents for the following:

    CyberTip: 50003116

4

        Email: rtim91@yahoo.com
        Name: Tim Riley
        Phone: 330 224 7627
        Screen/Username: BKIQ4XV72RGXN7GJONFDE7GEWA -yahoo

10. On August 20, 2019, your Affiant reviewed the contents of the CyberTip Reports related to "Tim Riley" aka "Timothy Riley" that were provided to the FBI Child Exploitation Task Force. This lead package included a total of 2135 image files that Oath Holdings Inc. (formerly known as Yahoo!) provided to NCMEC. After review your Affiant concluded that 734 of the 2135 image files met the federal definition of child pornography. Five (5) of these representative image files are described as follows:

    a.    Title: image.964-1.jpeg
        Image ID: 6-0
        Cybertip: 50125056
        Description: The image depicts a prepubescent wearing blue underwear and bent over while a male subject pulls her underwear to the side and spreads open her vagina and buttocks.

    b.    Title: 120748489_image.540-1.jpeg
        Image ID: 23-0
        Cybertip: 50125056
        Description: The image depicts a nude prepubescent female lying on her back while her legs are spread with two fingers inserted in her vagina.

    c.    Title: 120761061_image.1129-2.jpeg
        Image ID: 27-1
        Cybertip: 50125371
        Description: The image depicts a nude prepubescent male and a nude prepubescent female on a bed. The female is holding the male's erect penis in her left hand.

    d.    Title: 120261643_image.1421-2.jpeg
        Image ID: 11-0
        Cybertip: 50003222
        Description: The image depicts a nude prepubescent female with her legs spread sitting on the face of a male subject while the male's tongue is inserted in her vagina.

    e.    Title: 120261212_image.201-1.png

Image ID: 17-1
Cybertip: 50003116
Description: The image depicts a nude prepubescent female lying on her back with a male subjects finger inserted in her vagina.

11. Based upon the information above, your Affiant has probable cause to believe that on the computer systems owned, maintained, and/or operated by Oath Holdings Inc. (formerly known as Yahoo!) headquartered at 701 First Avenue, Sunnyvale, CA 94089, there exists evidence, fruits, and instrumentalities of violations of Title 18, United States Code §§2252(a) and 2252A, more fully set forth in Attachment B, which is attached hereto and incorporated herein.

12. Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the search of the Oath Holdings Inc. (formerly known as Yahoo!) accounts, described in Attachment A for the items listed in Attachment B. Because the warrant will be served on Oath Holdings Inc. (formerly known as Yahoo!), who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

TFO Bryan J. Allen
Federal Bureau of Investigation

Subscribed and sworn to before me this 27th day of August 2019.

Honorable Kathleen B. Burke
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

This warrant applies to information held by Oath Holdings Inc. (formerly known as Yahoo!) for accounts associated with: **rtim91@yahoo.com, Tim Riley aka Timothy Riley, 3302247627, Screen/Username BKIQ4XV72RGXN7GJONFDE7GEWA-yahoo and Screen/Username NPLLGT7TYKBZ4NIVUOT7RT6TGM-yahoo** which is stored at premises owned, maintained, controlled, or operated by Oath Holdings Inc. (formerly known as Yahoo!), a company headquartered at 701 First Avenue, Sunnyvale, California 94089.

## ATTACHMENT B

## PARTICULAR THINGS TO BE SEIZED

**I.     Information to be disclosed by Oath Holdings Inc. (formerly known as Yahoo!)**

To the extent that the information described in Attachment A is within the possession, custody, or control of Oath Holdings Inc. (formerly known as Yahoo!), Oath Holdings Inc. is required to disclose the following information to the government for the accounts or identifiers listed in Attachment A:

a. The contents of all emails stored in the accounts, including images files, as well as copies of emails sent to and from the accounts, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were created, the length of service, the types of service utilized, the IP address used to register the accounts, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. All records or other information stored by an individual using the accounts, including address books, contact and buddy lists, calendar data, image files, and files;

d. All records pertaining to communications between Oath Holdings Inc. (formerly known as Yahoo!) and any person regarding the accounts, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

1. All information described above in Section I, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252, and 2252A, including, for each account or identifier listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

    a. Any person knowingly transporting, distributing, receiving or possessing child pornography, as defined at 18 U.S.C. § 2256(8);

2. Credit card and other financial information including but not limited to bills and payment records;

3. Information relating to who created, used, or communicated with each account or identifier listed on Attachment A, including records about their identities and whereabouts.

4. Evidence of the time(s) each account or identifier listed on Attachment A was used;

5. Passwords and encryption keys, and other access information that may be necessary to access each account or identifier listed on Attachment A and other associated accounts.